**E-FILED on** ___11/10/05___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH N. ELLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA DAWN CRENNELL, and DOES ONE THROUGH ONE HUNDRED,<br><br>    Defendants. | No. C-05-02808 RMW<br><br>ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER<br><br>**[Re Docket No. 5]** |

Plaintiff Joseph Ellis seeks a temporary restraining order to force defendant Cynthia Crennell to return funds she acquired pursuant to a child support action in state court, "Santa Curz County Superior Court Civil Action No. PA-10180."  This court is alleged to have jurisdiction based on diversity of citizenship, *see* 28 U.S.C. 1332(a)(1), because over $75,000 is at stake, and Ellis resides in Tennessee and Crennell in California.  Compl. ¶¶ 1, 3-4.  Plaintiff's application for a temporary restraining order is

denied because she has failed to meet the extraordinary burden required for such relief. The plaintiff has not clearly shown that federal court interference with state court proceedings—which is generally prohibited by the *Rooker-Feldman* doctrine—is warranted in the instant case.

DATED:     11/10/05                    /s/ Ronald M. Whyte
                                       RONALD M. WHYTE
                                       United States District Judge

ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER—No. C-05-02808 RMW
JAH                                       2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Donald C. Schwartz        triallaw@schwartzlaw.biz

**Counsel for Defendant:**

Cynthia Dawn Crennell (*pro se*)

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**         11/10/05                                       /s/ JH
                                                          **Chambers of Judge Whyte**