MICHAEL L. KOSLOFF (S.B.N. 77059)
A PROFESSIONAL LAW CORPORATION
433 NORTH CAMDEN DRIVE, SUITE 1177
BEVERLY HILLS, CALIFORNIA 90210
VOICE:(310) 859-8661
FACSIMILE: (310) 859-8915
EMAIL: MKOSLOFF@SBCGLOBAL.NET

ATTORNEY FOR DEFENDANT,
CYNTHIA DAWN CRENNELL

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

*E-FILED - 11/16/05*

| | |
|---|---|
| JOSEPH N. ELLIS, | ) CASE NUMBER: CO5 02808 RMW |
| | ) |
| PLAINTIFF, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING CASE MANAGEMENT** |
| | ) **CONFERENCE** |
| VS. | ) **CMC DATE: NOVEMBER 18, 2005** |
| | ) **TIME:    10:30AM** |
| CYNTHIA DAWN CRENNELL, | ) **COURTROOM:  #6, 4th Flr.** |
| Defendant. | ) |

The parties hereto stipulate and request that the Court continue the Case Management Conference now scheduled for November 18, 2005 and excuse the parties from filing a

1

**CASE NUMBER: CO5 028808 RMW**
**STIPULATION AND ORDER CONTINUING C.M.C.**

Case Management Statement, until the Court has ruled on Defendant Crennell's pending Motion to Dismiss etc.

Should the Court grant the said motion, it would render a Case Management Conference unnecessary and would prevent the parties from having to incur substantial legal fees. A continuance would also prevent the Court from having to expend its time in connection with a case that may be dismissed or stayed.

If the Court denies the motion, it is contemplated that there would be additional motions pertaining to the pleadings, during which time it would be equally unproductive to expend the time of the Court, counsel and the parties, until it can be determined whether the case will actually proceed past the pleading stage.

There have not been any previous time modifications in this case.

The schedule of the case would not be substantially affected because of the already-existing delay in the case attendant to the motion now scheduled and, if necessary, any subsequent motion addressing the state of the pleadings.

November 8, 2005,                    Michael L. Kosloff, A
                                     Professional Law Corp.


                                              /S/
                                     By_____
                                        Attorney for Defendant
                                        Cynthia Down Crennell

2

November 8, 2005,                     Law Offices of Donald
                                      Charles Schwartz


                                              /S/
                                      By_____
                                         Attorney for Plaintiff
                                         Joseph N. Ellis


**IT IS SO ORDERED:**



DATED: 11/16/05                       /S/ RONALD M. WHYTE
       _____               _____
                                      UNITED STATES DISTRICT JUDGE

The Court continues the Case Management Conference from 11/18/05 to 1/13/06 @ 10:30 am.  The pending motion to dismiss is continued from 12/14/05 before Magistrate Judge Seeborg to 12/16/05 @ 9:00 am before Judge Whyte.