MICHAEL L. KOSLOFF (S.B.N. 77059)
A PROFESSIONAL LAW CORPORATION
433 NORTH CAMDEN DRIVE, SUITE 1177
BEVERLY HILLS, CALIFORNIA 90210
VOICE:(310) 859-8661
FACSIMILE: (310) 859-8915
EMAIL: MKOSLOFF@SBCGLOBAL.NET

ATTORNEY FOR DEFENDANT,
CYNTHIA DAWN CRENNELL

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

\*E-FILED - 11/21/05\*

| | |
|---|---|
| JOSEPH N. ELLIS, | ) CASE NUMBER: CO5 02808 RMW |
| PLAINTIFF, | ) **STIPULATION AND** |
| | ) **ORDER SELECTING ADR PROCESS** |
| VS. | ) |
| CYNTHIA DAWN CRENNELL, | ) |
| Defendant. | ) |

    The parties stipulate to participate in a Settlement Conference.

    The parties request that the conference be held after the Defendant's Motion to Dismiss is decided;

1

**CASE NUMBER: CO5 028808 RMW**
**JOINT SELECTION OF ADR PROCESS**

after December 14, 2005 or such later date after the hearing is held.

| | |
|---|---|
| November 8, 2005, | Michael L. Kosloff, A Professional Law Corp. |
| | By_____/S/_____ Attorney for Defendant Cynthia Down Crennell |
| November 8, 2005, | Law Offices of Donald Charles Schwartz |
| | By_____/S/_____ Attorney for Plaintiff Joseph N. Ellis |

**IT IS SO ORDERED:**

DATED: 11/21/05          /S/ RONALD M. WHYTE
                          UNITED STATES DISTRICT JUDGE

T    r     r  r   rr    M    r         S   r   r
     m        r   .