E-FILED on      2/16/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH N. ELLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA DAWN CRENNELL, and DOES ONE THROUGH ONE HUNDRED,<br><br>    Defendants. | No. C-05-02808 RMW<br><br>ORDER REGARDING DEFENDANT'S MOTION FOR SANCTIONS AGAINST PLAINTIFF<br><br>[Re Docket No. 32] |

Pursuant to the stipulation reached at the hearing on the motion for sanctions, the parties agreed that the plaintiff will pay the defendant $20,000 in attorneys' fees in compensation for the services rendered in connection with the defendant's motion for sanctions before this court.

DATED:      2/15/06                     /s/ Ronald M. Whyte
                                        RONALD M. WHYTE
                                        United States District Judge

ORDER REGARDING DEFENDANT'S MOTION FOR SANCTIONS AGAINST PLAINTIFF—No. C-05-02808 RMW
SY

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Donald C. Schwartz     triallaw@schwartzlaw.biz

4
   **Counsel for Defendant:**
5
   Michael L. Kosloff     mkosloff@sbcglobal.net
6  J. Mark Thacker        jthacker@ropers.com

7
   Counsel are responsible for distributing copies of this document to co-counsel that have not
8  registered for e-filing under the court's CM/ECF program.

9

10 **Dated:**      2/16/6                           /s/ JH
                                                **Chambers of Judge Whyte**
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REGARDING DEFENDANT'S MOTION FOR SANCTIONS AGAINST PLAINTIFF—No. C-05-02808 RMW
SY                                                2